IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENVER FENTON ALLEN, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-CV-207-TES-CHW |
| | * |
| WORLD HEALTH ORGANIZATION, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated May 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 30th day of May, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk